# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINIOS

In re: RONALD P. HARGROVE § Case No. 11-82023
　　　　MELISSA C. HARGROVE §
　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　§
　　　　　　Debtors　　　　　　　　§

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/29/2011.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 12/10/2011.

6) Number of months from filing or conversion to last payment: 6.

7) Number of months case was pending: 8.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $37,590.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have NOT cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

Receipts:
    Total paid by or on behalf of the debtor         $ 1,570.94
    Less amount refunded to debtor                   $ 0.00
NET RECEIPTS                                                          $ 1,570.94

Expenses of Administration:

    Attorney's Fees Paid Through the Plan            $ 1,481.40
    Court Costs                                      $ 0.00
    Trustee Expenses & Compensation                  $ 89.54
    Other                                            $ 0.00

TOTAL EXPENSES OF ADMINISTRATION                                      $ 1,570.94

Attorney fees paid and disclosed by debtor:          $ 100.00

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| GERACI LAW L.L.C. | Lgl | 3,500.00 | 2,500.00 | 2,500.00 | 1,481.40 | 0.00 |
| BAC HOME LOANS SERVICING | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| GRANT PARK AUTO SALES | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 1,000.00 | 274.61 | 274.61 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 0.00 | 312.69 | 312.69 | 0.00 | 0.00 |
| ALPINE BANK | Uns | 1,020.00 | NA | NA | 0.00 | 0.00 |
| BELOIT HEALTH SYSTEM | Uns | 225.00 | NA | NA | 0.00 | 0.00 |
| CHARTER COMMUNICATIONS | Uns | 455.00 | NA | NA | 0.00 | 0.00 |
| CITY OF SOUTH BELOIT | Uns | 1,000.00 | NA | NA | 0.00 | 0.00 |
| CREDIT BUREAU CENTRE | Uns | 321.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 2,676.00 | 2,706.74 | 2,706.74 | 0.00 | 0.00 |
| CREDIT ONE BANK NA | Uns | 2,707.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE, | Uns | 394.00 | 1,118.77 | 0.00 | 0.00 | 0.00 |
| CREDITORS PROTECTION | Uns | 623.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION | Uns | 142.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION | Uns | 58.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE, | Uns | 224.00 | 243.45 | 243.45 | 0.00 | 0.00 |
| FFCC COLUMBUS INC | Uns | 100.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| HSBC | Uns | 715.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Uns | 586.00 | 618.76 | 618.76 | 0.00 | 0.00 |
| MEMBERS ALLIANCE CREDIT | Uns | 1,480.00 | 2,037.61 | 2,037.61 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 2,676.00 | 733.56 | 733.56 | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 300.00 | 2,617.56 | 2,617.56 | 0.00 | 0.00 |
| MUTUAL MANAGEMENT | Uns | 80.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT | Uns | 135.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT | Uns | 188.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT | Uns | 256.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT | Uns | 119.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT | Uns | 103.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT | Uns | 189.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT | Uns | 84.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT | Uns | 176.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT | Uns | 194.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT | Uns | 83.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT | Uns | 143.00 | NA | NA | 0.00 | 0.00 |
| NCO / ASGNE OF CAPITAL ONE | Uns | 1,361.00 | NA | NA | 0.00 | 0.00 |
| NCO - MEDCLR | Uns | 66.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC asignee | Uns | 55.00 | 55.86 | 55.86 | 0.00 | 0.00 |
| OSF SAINT ANTHONY MEDICAL | Uns | 1,300.00 | 1,284.09 | 1,284.09 | 0.00 | 0.00 |
| PINNACLE FINANCIAL GROUP | Uns | 120.00 | NA | NA | 0.00 | 0.00 |
| ASCENT CARD SERVICES LLC | Uns | 3,000.00 | 6,061.36 | 6,061.36 | 0.00 | 0.00 |
| PLS PAYDAY LOAN STORE | Uns | 425.00 | NA | NA | 0.00 | 0.00 |
| R & B RECEIVABLES MANA | Uns | 262.00 | NA | NA | 0.00 | 0.00 |
| R & B RECEIVABLES MANA | Uns | 51.00 | NA | NA | 0.00 | 0.00 |
| R & B RECEIVABLES MANA | Uns | 68.00 | NA | NA | 0.00 | 0.00 |
| RJM ACQUISITIONS FUNDING LLC | Uns | 1,400.00 | 59.31 | 59.31 | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Uns | 562.00 | 589.79 | 589.79 | 0.00 | 0.00 |
| ROCKFORD HEALTH SYSTEMS | Uns | 560.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Uns | 60.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH AMERICAN HOSPITAL | Uns | 500.00 | 1,359.61 | 1,359.61 | 0.00 | 0.00 |
| COTTONWOOD FINANCIAL | Uns | 1,200.00 | 1,377.58 | 1,377.58 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AS | Uns | 638.00 | 491.07 | 491.07 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Uns | 3,396.00 | 3,559.74 | 3,559.74 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WFNNB / LANE BRYANT | Uns | 750.00 | NA | NA | 0.00 | 0.00 |
| WP&L COMPANY DBA ALLIANT | Uns | 267.00 | 277.20 | 277.20 | 0.00 | 0.00 |
| RJM ACQUISITIONS FUNDING LLC | Uns | 0.00 | 1,347.41 | 1,347.41 | 0.00 | 0.00 |
| US DEPT OF HOUSING & URBAN | Sec | 0.00 | 8,191.84 | 0.00 | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 0.00 | 229.23 | 229.23 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 0.00 | 872.85 | 872.85 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 274.61 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 274.61 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 26,835.47 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 1,570.94 |
| Disbursements to Creditors | $ 0.00 |
| **TOTAL DISBURSEMENTS:** | $ 1,570.94 |

UST Form 101-13-FR-S (9/1/2009)

   12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 01/09/2012   By: /s/ Lydia S. Meyer
           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)